IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATONIA DIXON,

    Plaintiff,

v.

CAROLYN W COLVIN,

    Defendant.

No. C 15-00917 WHA

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c), the parties in the above-captioned action voluntarily waived their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the action, including the order and entry of final judgment (Dkt. Nos. 8, 11).

It is hereby ordered that this action is **REFERRED** for assignment to a Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: August 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE