UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONIA DIXON,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W COLVIN,<br>　　　　Defendant. | Case No. 15-cv-00917-DMR<br><br>**JUDGMENT** |

On September 15, 2016, the court granted Plaintiff's motion for summary judgment and remanded the case for further development of the record. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 15, 2016

　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge